DM/USAO# 2016R00353



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. CCB-16-0301 |
| v. | * | |
| | * | (Felon in Possession of a Firearm, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| DARRYL STEWART, | * | 18 U.S.C. § 924(d), 28 U.S.C. |
| TIMOTHY GOOD, | * | § 2461(c)) |
| | * | |
| Defendants, | * | |
| | * | |
| | * | |
| | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE

**(Felon in Possession of Firearm)**

The Grand Jury for the District of Maryland charges:

On or about April 15, 2016, in the District of Maryland, the defendant,

**DARRYL STEWART,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting commerce, to wit: an Iver Johnson, US Revolver Top Break, .32 S&W caliber revolver with serial number 60598, and ammunition, to wit: five RP .32 automatic cartridges, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about April 15, 2016, in the District of Maryland, the defendant,

**TIMOTHY GOOD,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting commerce, to wit: an Iver Johnson, US Revolver Top Break, .32 S&W caliber revolver with serial number 60598, and ammunition, to wit: five RP .32 automatic cartridges, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendants' convictions under Count One and Count Two of this Indictment.

2. As a result of the offense set forth in Count One and Count Two of this Indictment, the defendants,

**DARRYL STEWART, TIMOTHY GOOD**

shall forfeit to the United States the firearm and ammunition identified in Count One and Count Two involved in those offenses.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

15 JUNE 2016
Date